UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-37-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRIUS TEREL SMITH | **ORDER TO SEAL** |

On motion of the Defendant, Demetrius Terel Smith, and for good cause shown, it is hereby ORDERED that the motion for release pending sentencing [D.E. 32] be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that information contained in the motion may compromise his personal privacy.

Accordingly, it is ORDERED that D.E. 32 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __4__ day of June, 2018.

_____
TERRENCE W. BOYLE
United States District Court Judge