UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-37-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRIUS TEREL SMITH | ORDER |

On motion of the Defendant, Demetrius Terel Smith, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #37 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 20 day of June, 2018.

TERRENCE W. BOYLE
United States District Judge